IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**VICTOR ETTERSON,**

    Plaintiff,

v.                                                               Civil Action No. **3:16CV678**

**RIVERSIDE REGIONAL JAIL,** *et al.*,

    Defendants.

**MEMORANDUM OPINION**

On September 15, 2016, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on October 20, 2016, the Court directed Plaintiff to pay an initial partial filing fee of $4.49 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate order shall issue.

Date: 11/28/16
Richmond, Virginia

/s/ _____
John A. Gibney, Jr.
United States District Judge